# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | BLACKKETTER, Christopher | Docket No. | 0980 1:16-PO-08006-MKD |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Blackketter, who was placed under pretrial diversion supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 22nd day of April 2016, under the following conditions:

Condition #1: The defendant shall abstain from the use of illegal controlled substances and marijuana and shall submit to urinalysis testing (which may include urinalysis or sweat patch ) as directed by the supervising officer, but no more than 6 tests per month in order to confirm continued abstinence from these substances.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation #1: The defendant has violated his pretrial diversion by using a controlled substance, marijuana, on or prior to August 11, 2017.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 09/11/2017

by    s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer
John T. Rodgers
United States Magistrate Judge

Date  September 11, 2017